IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TRAVON HIGGINS**                                                                      **PLAINTIFF**
**ADC #178966**

v.                                      No: 2:25-cv-00096-JM

**STEPHEN LANE**                                                                        **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris and the objections filed.[1] After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Mr. Higgins' complaint is dismissed without prejudice for failure to exhaust available administrative remedies.

DATED this 23rd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In his objections, Mr. Higgins attaches his grievance which confirms that he did not exhaust his administrative remedies before filing his complaint.