# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**TRAVON HIGGINS**                                                                              **PLAINTIFF**
**ADC #178966**

v.                                          No: 2:25-cv-00096-JM

**STEPHEN LANE**                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 23rd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE